# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　　　　Magistrate No. __23-1078__

v.

RAYMOND C. LETTS

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this __27th__ day of __July__, 2023

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

　　　　　　　　　　　　　　　　　　/s/ Cathy L. Waldor
　　　　　　　　　　　　　　　　　　HONORABLE CATHY L. WALDOR
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE