UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. CATHY L. WALDOR |
| v. | DOCKET. NO. 23-01078M-1 |
| RAYMOND LETTS | ORDER EXTENDING THE TERM OF PRETRIAL DIVERSION |

This matter having come before the Court on the application of defendant, Raymond Letts, through his counsel, Saverio A. Viggiano, for an Order Extending the Term of Pretrial Diversion, and for good cause shown,

IT IS ON THIS _____ day of April 2024,

ORDERED that the Term of Pretrial Diversion entered on October 26, 2023, be modified as follows:

*The Term of Pretrial Diversion will be extended for an additional four (4) months, including the duration to complete full restitution.*

It is further ORDERED that all other terms of the Pretrial Diversion Agreement remain in full force and effect.

  s/Cathy L. Waldor 4/26/24
HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE